# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144322(50)

In re R. L. KIVEL, Minor.

SC: 144322
COA: 304194
Huron CC Family Division:
10-004133-NA

_____/

On order of the Court, the motion for reconsideration of this Court's January 27, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2012

_____

Clerk

d0306